92 A.3d 667

IN THE MATTER OF SALEEMAH M. BROWN, A/K/A SALEEMAH
MALIKAH KHALEEFAH BROWN, AN ATTORNEY AT LAW
(ATTORNEY NO. 044482006).

June 18, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 13–341, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent), that

**SALEEMAH M. BROWN, A/K/A SALEEMAH MALIKAH KHALEEFAH BROWN, of PATERSON,** who was admitted to the bar of this State in 2008, should be suspended from the practice of law for a period of three-months for violating *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter), *RPC* 1.5(a) (unreasonable fee), *RPC* 1.15(b) (failure to promptly notify a client about the receipt of funds or to promptly turn over funds that the client is entitled to receive), *RPC* 1.15(c) (failure to keep separate funds in which a lawyer and another claim an interest, until the dispute concerning their respective interests is resolved), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping), *RPC* 8.1(a) (false statement to disciplinary authorities), *RPC* 8.1(b) (failure to comply with a lawful demand for information from a disciplinary authority);

And good cause appearing;

It is ORDERED that **SALEEMAH M. BROWN, A/K/A SALEEMAH MALIKAH KHALEEFAH BROWN,** is suspended from the practice of law for a period of three months, effective July 17, 2014, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.